IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER KRAMER, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY, | : | No. 12-4407 |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, on October 7, 2013, in accordance with my accompanying memorandum opinion, it is ORDERED:

(1)   Judgment is entered in favor of Plaintiffs Roger Kramer and Colleen O'Neill Brusius.

(2)   Plaintiffs are awarded an additional $12,100.00 for their property damage.

(3)   If Plaintiffs submit to the Court within 30 days proof that they are repairing their property and not residing there, Allstate will be ordered to pay $12,000.00 for additional living expenses.

(4)   This is a final judgment. The Clerk of the Court shall mark this case closed.

BY THE COURT:

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE